IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SUMANA BASU-DUGAN, )
)
Plaintiff, )
)
v. ) 1:06CV00007
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
Defendant. )

**ORDER**

On February 25, 2008, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections to the Recommendation within the time limit prescribed by Section 636, and Defendant filed a response.

The Court has made a de novo determination of those portions of the Recommendation to which objections have been made and finds that they do not change the substance of the United States Magistrate Judge's rulings, which are affirmed and adopted.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for judgment on the pleadings (Doc. 10) is DENIED, that Defendant's motion for judgment on the pleadings (Doc. 13) is GRANTED, that the Commissioner's decision be AFFIRMED, and that this action be, and the same hereby is, DISMISSED. A judgment dismissing this action will be entered contemporaneously with this Order.

/s/ Thomas D. Schroeder
United States District Judge

August 8, 2008